```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0168--CV (JWS)
              "ARCTIC CIRCLE ENTERPRISES LLC V HOTSPUR INTL"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 07/15/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

     Nature of Suit: (820) Copyright
                     COPYRIGHT INFRINGEMENT
            Origin: (1) Original Proceeding
            Demand: 75
        Filing fee: Paid $250.00 on 07/15/05 receipt # 00126151
          Trial by: Jury
```

Parties of Record:                           Counsel of Record:

PLF 1.1            ARCTIC CIRCLE ENTERPRISES LLC     James N. Leik
                                                     Perkins Coie
                                                     1029 W. 3rd Avenue, Suite 300
                                                     Anchorage, AK 99501
                                                     907-279-8561
                                                     FAX 907-276-3108

                                                     Ryan McBrayer
                                                     Perkins Coie LLP
                                                     1201 3rd Avenue, Suite 4800
                                                     Seattle, WA 98101
                                                     206-359-8000
                                                     FAX 206-359-9000

DEF 1.1            HOTSPUR INTERNATIONAL INC         Michael A. Grisham
                                                     Patton Boggs
                                                     601 W. 5th Avenue, Suite 700
                                                     Anchorage, AK 99501
                                                     907-277-4900

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A05-0168--CV (JWS)
                         "ARCTIC CIRCLE ENTERPRISES LLC V HOTSPUR INTL"

                                    For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 07/15/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (820) Copyright
                    COPYRIGHT INFRINGEMENT
            Origin: (1) Original Proceeding
            Demand: 75
        Filing fee: Paid $250.00 on 07/15/05 receipt # 00126151
          Trial by: Jury


 Document #   Filed      Docket text
 ----------   -----      -----------
      1 -  1  07/15/05   Complaint filed w/att exh.

      2 -  1  07/15/05   Disclosure statement.

      3 -  1  07/27/05   PLF 1 Return of Service Executed re: DEF 1 on 7/18/05,

      4 -  1  08/10/05   DEF 1 Answer to Complaint.

      5 -  1  08/10/05   DEF 1 Disclosure statement.

      6 -  1  08/10/05   PLF 1 motion for permission to appear & participate re: R. McBrayer
                         w/att decla & exh.

      7 -  1  08/11/05   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this ord. cc: cnsl

      6 -  2  08/12/05   JWS Order granting mot for permission to appear & participate re: R.
                         McBrayer (6-1). cc: cnsl, R. McBrayer

      8 -  1  08/29/05   DEF 1 Jury Demand.

      9 -  1  09/08/05   PLF 1; DEF 1 Scheduling & Planning Conference Report.

     10 -  1  09/08/05   DEF 1 Notice  of filing electronic signature page.

     11 -  1  09/15/05   DEF 1 Notice of Filing Original Signature Page.

     12 -  1  09/16/05   PLF 1; DEF 1 Jnt consent to svc via electronic transmission.

     13 -  1  09/21/05   JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                         06/30/06; dispositive mots ddln 07/31/06; 5 day TBJ estimate. cc: cnsl

     14 -  1  09/30/05   DEF 1 Preliminary Witness List.

     15 -  1  11/01/05   Stipulation for protective order w/att exh.

     15 -  2  11/02/05   JWS Order approving Stipulated protective order (15-1). cc: cnsl
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0168--CV (JWS)
                           "ARCTIC CIRCLE ENTERPRISES LLC V HOTSPUR INTL"

                                        For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 11/18/05 | DEF 1 Unopposed motion to extend pretrial deadline for amend pleadings & adding parties. |
| 17 - 1 | 11/23/05 | JKS Order granting unoppo mot to extend pretrial ddln for amend pleadings & adding parties until 12/2/05 (16-1). cc: cnsl |