FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -2 PM 4: 06

Walter T. Featherly, Esq.
Teresa S. Ridle, Esq.
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6300
Fax: (907) 263-6345

*Counsel for Defendant Hotspur International, Inc.,
d/b/a Wishpets Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. A05-168 CV (JWS) |
| HOTSPUR INTERNATIONAL, INC., d/b/a WISHPETS COMPANY LIMITED, | ) |
| Defendant. | ) |

### UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO EXTEND PRETRIAL DEADLINE

Hotspur International, Inc., d/b/a Wishpets Company Ltd. ("Wishpets"), by and through its undersigned counsel, hereby moves for an unopposed second extension of time to extend the pretrial deadline for amending pleadings and adding parties without leave of the Court as set forth in the Scheduling and Planning Order (the "Order"), filed September 21, 2005, at Clerk's Docket No. 13. The current deadline was extended by

PATTON BOGGS
LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

46321v1

18

Order dated November 23, 2005, at Clerk's Docket No. 17, to December 2, 2005. Wishpets moves for an additional one (1) week extension of this deadline, or until Friday, December 9, 2005. The reason for the extension is that the President of Wishpets is out of the country for medical reasons and not scheduled to return to the United States until Monday, December 5, 2005. The undersigned has communicated with counsel for plaintiff, who authorized the undersigned to represent that plaintiff will not oppose the instant request. A proposed order is submitted herewith.

DATED at Anchorage, Alaska this 2nd day of December 2005.

PATTON BOGGS LLP
Attorneys for Defendant Hotspur
International, Inc., d/b/a Wishpets Co. Ltd.

By: /s/ Teresa Ridle
Walter T. Featherly, ABA 8101001
Teresa S. Ridle, ABA 9411139

PATTON BOGGS LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO EXTENDPRETRIAL DEADLINE
*Arctic Circle Enterprises, LLC v. Hotspur International, Inc., d/b/a Wishpets Co., Ltd.*
Case No. A05-168 CV (JWS)
Page 2 of 3
46321v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December 2005, I caused a true and correct copy of the foregoing document to be served via:

☑ **US Mail**
☑ **Electronic Mail** (*.pdf format*)
☐ Facsimile
☐ Hand-Delivery

on:

James N. Leik, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
*Facsimile: 276-3108*
*E-mail: jleik@perkinscoie.com*

Ramsey M. Al-Salam, Esq.
Ryan J. McBrayer, Esq.
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
*Facsimile: 206-359-9000*
*E-mail: rmcbrayer@perkinscoie.com*
*lthomas@perkinscoie.com*
*nreynolds@perkinscoie.com*

By: _[signature]_
Maribel Webber, Legal Secretary
PATTON BOGGS LLP

PATTON BOGGS LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO EXTEND PRETRIAL DEADLINE
*Arctic Circle Enterprises, LLC v. Hotspur International, Inc., d/b/a Wishpets Co., Ltd.*
Case No. A05-168 CV (JWS)
Page 3 of 3
46321v1