Walter T. Featherly, Esq.
Teresa S. Ridle, Esq.
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6300
Fax: (907) 263-6345

*Counsel for Defendant Hotspur International, Inc., d/b/a Wishpets Co., Ltd.*



LODGED
DEC 0 2 2005

FILED
DEC 0 7 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>HOTSPUR INTERNATIONAL, INC., d/b/a<br>WISHPETS COMPANY LIMITED,<br><br>  Defendant. | Case No. A05-168 CV (JWS) |

### ORDER GRANTING UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO EXTENDPRETRIAL DEADLINE

This Court, having considered Hotspur International, Inc., d/b/a Wishpets

Company Ltd.'s, ("Wishpets") unopposed motion for second extension of time to

extend the pretrial deadline for amending pleadings and adding parties without leave of

the Court as set forth in the Scheduling and Planning Order, filed September 21, 2005,

at Clerk's Docket No. 13, and being fully advised in the premises;

PATTON BOGGS
LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

46322v1

19

**IT IS HEREBY ORDERED THAT:**

The pretrial deadline for amending pleadings and adding parties without leave of the Court is extended to Friday, December 9, 2005.

**IT IS SO ORDERED.**

DATED this _6th_ day of _December_ 2005.

Hon. John W. Sedwick
United States District Judge

```
A05-0168--CV (JWS)        12-7-05
------------------------------------
  J. LEIK (PERKINS)
  H. GRISHAM (PATTON)
```

PATTON BOGGS LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

ORDER GRANTING UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO EXTENDPRETRIAL DEADLINE
*Arctic Circle Enterprises, LLC v. Hotspur International, Inc., d/b/a Wishpets Co., Ltd.*
Case No. A05-168 CV (JWS)
Page 2 of 3
46322v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December 2005, I caused a true and correct copy of the foregoing document to be served via:

☑ **US Mail**
☑ **Electronic Mail** (*.pdf format*)
☐ Facsimile
☐ Hand-Delivery

on:

James N. Leik, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
*Facsimile: 276-3108*
*E-mail: jleik@perkinscoie.com*

Ramsey M. Al-Salam, Esq.
Ryan J. McBrayer, Esq.
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
*Facsimile: 206-359-9000*
*E-mail: rmcbrayer@perkinscoie.com*
*lthomas@perkinscoie.com*
*nreynolds@perkinscoie.com*

By: _____
Maribel Webber, Legal Secretary
PATTON BOGGS LLP

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

ORDER GRANTING UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO EXTEND PRETRIAL DEADLINE
*Arctic Circle Enterprises, LLC v. Hotspur International, Inc., d/b/a Wishpets Co., Ltd.*
Case No. A05-168 CV (JWS)
Page 3 of 3
46322v1