FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -9 PM 4: 05

Walter T. Featherly, Esq.
Teresa S. Ridle, Esq.
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6300
Fax: (907) 263-6345

*Counsel for Defendant Hotspur International, Inc.,
d/b/a Wishpets Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HOTSPUR INTERNATIONAL, INC., d/b/a )<br>WISHPETS COMPANY LIMITED, )<br>)<br>Defendant. )<br>) | Case No. A05-168 CV (JWS) |

### UNOPPOSED MOTION FOR THIRD EXTENSION OF
### TIME TO EXTEND PRETRIAL DEADLINE

Hotspur International, Inc., d/b/a Wishpets Company Ltd. ("Wishpets"), by and through its undersigned counsel, hereby moves for an unopposed third extension of time to extend the pretrial deadline for amending pleadings and adding parties without leave of the Court as set forth in the Scheduling and Planning Order (the "Order"), filed September 21, 2005, at Clerk's Docket No. 13. The current deadline was extended by

PATTON BOGGS
LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

46479v1

20

Unopposed Motion for Second Extension of Time to Extend Pretrial Deadline filed December 2, 2005, to December 9, 2005. Wishpets moves for an additional two (2) week extension of this deadline, or until Friday, December 23, 2005. The reason for the extension is that the parties are in the process of memorializing the terms of a settlement agreement. The undersigned has communicated with counsel for plaintiff, who authorized the undersigned to represent that plaintiff does not oppose the instant request. A proposed order is submitted herewith.

DATED at Anchorage, Alaska this ____ day of December 2005.

        PATTON BOGGS LLP
        Attorneys for Defendant Hotspur
        International, Inc., d/b/a Wishpets Co. Ltd.

By: *Teresa Ridle*
        Walter T. Featherly, ABA 8101001
        Teresa S. Ridle, ABA 9411139

PATTON BOGGS LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME TO EXTEND PRETRIAL DEADLINE
*Arctic Circle Enterprises, LLC v. Hotspur International, Inc., d/b/a Wishpets Co., Ltd.*
Case No. A05-168 CV (JWS)
Page 2 of 3
46479v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December 2005, I caused a true and correct copy of the foregoing document to be served via:

☑ **US Mail**
☑ **Electronic Mail** (*.pdf format*)
☐ Facsimile
☐ Hand-Delivery

on:

James N. Leik, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
*Facsimile: 276-3108*
*E-mail: jleik@perkinscoie.com*

Ramsey M. Al-Salam, Esq.
Ryan J. McBrayer, Esq.
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
*Facsimile: 206-359-9000*
*E-mail: rmcbrayer@perkinscoie.com*
*lthomas@perkinscoie.com*
*nreynolds@perkinscoie.com*

By: _____
Maribel Webber, Legal Secretary
PATTON BOGGS LLP

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME TO EXTEND PRETRIAL DEADLINE
*Arctic Circle Enterprises, LLC v. Hotspur International, Inc., d/b/a Wishpets Co., Ltd.*
Case No. A05-168 CV (JWS)
Page 3 of 3
46479v1