LODGED

DEC 0 9 2005

Walter T. Featherly, Esq.
Teresa S. Ridle, Esq.
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6300
Fax: (907) 263-6345

FILED

DEC 1 3 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

*Counsel for Defendant Hotspur International, Inc.,
d/b/a Wishpets Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HOTSPUR INTERNATIONAL, INC., d/b/a ) <br> WISHPETS COMPANY LIMITED, ) <br> ) <br> Defendant. ) <br> ) | Case No. A05-168 CV (JWS) |

**ORDER GRANTING UNOPPOSED MOTION FOR THIRD EXTENSION
OF TIME TO EXTEND PRETRIAL DEADLINE**

This Court, having considered Hotspur International, Inc., d/b/a Wishpets

Company Ltd.'s, ("Wishpets") unopposed motion for a third extension of time to extend

the pretrial deadline for amending pleadings and adding parties without leave of the

Court as set forth in the Scheduling and Planning Order, filed September 21, 2005, at

Clerk's Docket No. 13, and being fully advised in the premises;

PATTON BOGGS
LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

46492v1

21

IT IS HEREBY ORDERED THAT:

The pretrial deadline for amending pleadings and adding parties without leave of the Court is extended to Friday, December 23, 2005.

IT IS SO ORDERED.

DATED this 12th day of December, 2005.

Hon. John W. Sedwick
United States District Judge

A05-0168--CV (JWS)   12-13-05

J. LEIK (PERKINS)
M. GRISHAM (PATTON)

PATTON BOGGS LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

ORDER GRANTING UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME TO EXTEND PRETRIAL DEADLINE
*Arctic Circle Enterprises, LLC v. Hotspur International, Inc., d/b/a Wishpets Co., Ltd.*
Case No. A05-168 CV (JWS)
Page 2 of 3
46492v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of December 2005, I caused a true and correct copy of the foregoing document to be served via:

☑ US Mail
☑ Electronic Mail (*.pdf format*)
☐ Facsimile
☐ Hand-Delivery

on:

James N. Leik, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
*Facsimile: 276-3108*
*E-mail: jleik@perkinscoie.com*

Ramsey M. Al-Salam, Esq.
Ryan J. McBrayer, Esq.
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
*Facsimile: 206-359-9000*
*E-mail: rmcbrayer@perkinscoie.com*
*lthomas@perkinscoie.com*
*nreynolds@perkinscoie.com*

By: /s/ Maribel Webber
Maribel Webber, Legal Secretary
PATTON BOGGS LLP

PATTON BOGGS LLP
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

ORDER GRANTING UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME TO EXTEND PRETRIAL DEADLINE
*Arctic Circle Enterprises, LLC v. Hotspur International, Inc., d/b/a Wishpets Co., Ltd.*
Case No. A05-168 CV (JWS)
Page 3 of 3
46492v1