James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
Telephone: (907) 279-8561
Facsimile: (907) 276-3108
jleik@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 39-9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff Arctic Circle
Enterprises, LLC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC., <br><br> Plaintiff, <br><br> v. <br><br> HOTSPUR INTERNATIONAL, INC., d/b/a WISHPETS COMPANY LIMITED, <br><br> Defendant. | Case No. A-05-168 (JWS) |

**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE**

Plaintiff Arctic Circle Enterprises, LLC ("Arctic Circle") and defendant Hotspur International, Inc., d/b/a Wishpets Company Limited ("Wishpets") have settled this action in a Settlement Agreement and Mutual Release. Arctic Circle and

Wishpets stipulate to and respectfully request that this Court dismiss this action with prejudice with each party to bear its own costs and attorneys' fees.

    Dated:  January 9, 2006.

    Respectfully submitted,

| **PERKINS COIE LLP** | **PATTON BOGGS LLP** |
|---|---|
| By   /s/ *James Leik* <br> James N. Leik <br> Ryan McBrayer (*Pro Hac Vice)* <br> Attorneys for Plaintiff Arctic Circle Enterprises | By   /s/ *Teresa Ridle* <br> Teresa S. Ridle <br> Attorneys for Defendant Wishpets |

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

STIPULATED REQUEST FOR DISMISSAL     - 2 -     [02882-0041-000000/AA060090.010]