James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
Telephone:  (907) 279-8561
Facsimile:  (907) 276-3108
jleik@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101
Telephone: (206) 359-8000
Facsimile: (206) 39-9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff Arctic Circle
Enterprises, LLC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HOTSPUR INTERNATIONAL, INC., d/b/a WISHPETS COMPANY LIMITED,<br><br>Defendant. | Case No. A-05-168 (JWS) |

## PROPOSED ORDER

The court having considered the parties' Stipulated Request for Dismissal With Prejudice,

IT IS HEREBY ORDERED that the request is GRANTED.  This action is

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER                            - 1 -                            [02882-0041-000000/AA060090.016]

DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

DATED this _____ day of _____, 2006.

_____
John W. Sedwick
United States District Judge