Walter T. Featherly, Esq.
Teresa S. Ridle, Esq.
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6300
Fax: (907) 263-6345

*Counsel for Defendant Hotspur International, Inc.,
d/b/a Wishpets Co., Ltd.*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC, ) | |
| Plaintiff, ) | |
| vs. ) | |
| HOTSPUR INTERNATIONAL, INC., d/b/a ) | Case No. A05-168 CV (JWS) |
| WISHPETS COMPANY LIMITED, ) | |
| Defendant. ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Michael A. Grisham is no longer an attorney with

the law firm of Patton Boggs LLP. Teresa S. Ridle, an attorney at the law firm of

Patton Boggs, hereby substitutes as counsel for Defendant.

Ms. Ridle's address, telephone and facsimile numbers are as follows:

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

46850v1

Teresa S. Ridle
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:    (907) 263-6392
Facsimile:    (907) 263-6345

DATED at Anchorage, Alaska this 10th day of January 2006.

PATTON BOGGS LLP
Attorneys for Defendant Hotspur
International, Inc., d/b/a Wishpets Co. Ltd.

/s/Teresa S. Ridle
PATTON BOGGS LLP
601 W. 5th Avenue, Suite 700
Anchorage, Alaska 99501
Tel: (907) 263-6392
Fax: (907) 263-6345
ABA No. 9411139

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

NOTICE OF SUBSTITUTION OF COUNSEL
*Arctic Circle Enterprises, LLC v. Hotspur International, Inc., d/b/a Wishpets Co., Ltd.*
Case No. A05-168 CV (JWS)
Page 2 of 3
46850v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of January 2006, I caused a true and correct copy of the foregoing document to be served

by **Electronic Mail** on:

    Michael A. Grisham
    *E-mail: grisham.Michael@dorsey.com*

    James N. Leik, Esq.
    *E-mail: jleik@perkinscoie.com*

by **US & Electronic Mail** on:

    Ramsey M. Al-Salam, Esq.
    Ryan J. McBrayer, Esq.
    Perkins Coie LLP
    1201 Third Avenue, Suite 4800
    Seattle, Washington  98101
    *Facsimile:  206-359-9000*
    *E-mail:  rmcbrayer@perkinscoie.com*
        *lthomas@perkinscoie.com*
        *nreynolds@perkinscoie.com*

    /s/Maribel Webber
    PATTON BOGGS LLP
    601 W. 5th Avenue, Suite 700
    Anchorage, Alaska 99501
    Tel: (907) 263-6331
    Fax: (907) 263-6345

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

NOTICE OF SUBSTITUTION OF COUNSEL
*Arctic Circle Enterprises, LLC v. Hotspur International, Inc., d/b/a Wishpets Co., Ltd.*
Case No. A05-168 CV (JWS)
Page 3 of 3
46850v1