James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
Telephone: (907) 279-8561
Facsimile: (907) 276-3108
jleik@perkinscoie.com

Ryan J. McBrayer (*Pro Hac Vice*)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 39-9000
rmcbrayer@perkinscoie.com

Attorneys for Plaintiff Arctic Circle
Enterprises, LLC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC CIRCLE ENTERPRISES, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>HOTSPUR INTERNATIONAL, INC., d/b/a WISHPETS COMPANY LIMITED,<br><br>   Defendant. | Case No. A-05-168 (JWS) |

**ORDER**

The court having considered the parties' Stipulated Request for Dismissal With Prejudice,

IT IS HEREBY ORDERED that the request is GRANTED.  This action is DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

DATED this 13th day of January 2006.

/s/
John W. Sedwick
United States District Judge

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER                - 2 -                [02882-0041/AA060090.016.DOC]